# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Neekhoach Yisreal Duhart | ) | Chapter 13 |
| | ) | Case No. 18 B 04489 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Neekhoach Yisreal Duhart
3350 Western Ave
Park Forest, IL  60466

Debtor Attorney: Pro Se
via Clerk's ECF noticing procedures

On March 28, 2018 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, March 16, 2018.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to File Required Documents Under §521(a)(1)

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor filed for Chapter 13 on 02/20/2018.
2. Debtor failed to file with his petition the items listed below:

   Form B22C

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE