# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Deborah L. Thorne     **Hearing Date** March 26, 2018

**Bankruptcy Case** 18 B 04489     **Adversary No.**

**Title of Case** Neekhoach Yisrael Duhart

**Brief Statement of Motion**  Application to Set Hearing on Emergency Motion (Doc # 27)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

**IT IS HEREBY ORDERED that the application to set hearing on emergency motion is denied.**

Deborah L. Thorne
United States Bankruptcy Judge